Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| **GARY GEISERT,** | Case No. 1:16-cv-00214-WYD-CBS |
| Plaintiff(s) | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **DIVERSIFIED CONFULTANTS, INC.,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 3rd day of March, 2016.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

1  Filed electronically on this 3rd day of March, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 3rd day of March, 2016, via the ECF system to:

Honorable Judge Wiley Y. Daniel
United States District Court
District of Colorado

And mailed to:

Louis Leonard Galvis
Sessions, Fishman, Nathan & Israel, LLP-Fort Collins
645 Stonington Lane
Fort Collins, CO 80525


This 3rd day of March, 2016.
By: s/Todd M. Friedman
     Todd M. Friedman