IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    16-cv-0214-WYD-CBS

GARY GEISERT,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 10), filed on March 3, 2016.   Defendant has not filed an Answer or a Motion for Summary Judgment in this matter.   After careful review of the record, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action shall be **DISMISSED WITHOUT PREJUDICE**.   Accordingly, it is

ORDERED that this action is **DISMISSED WITHOUT PREJUDICE** against Defendant Diversified Consultants, Inc.   The Clerk of the Court is directed to close the case.

Dated:   March 7, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE